IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN J. SMITH                                                                                              PETITIONER
ADC # 656564

V.                               CASE NO. 5:19-CV-00205-JM-JTK

DEXTER PAYNE, Director
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. A certificate of appealability will not be granted. Judgment shall be entered accordingly.

SO ORDERED this 7th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

\