IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN J. SMITH                                                                                    PETITIONER
ADC # 656564

V.                             CASE NO. 5:19-CV-00205-JM-JTK

DEXTER PAYNE, Director
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

Smith's petition for a writ of habeas corpus is dismissed with prejudice.

SO ADJUDGED this 7th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE